UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHANTE JOHNSON**  **CASE NO. 6:20-CV-00834**

**VERSUS**  **JUDGE ROBERT R. SUMMERHAYS**

**CITY OF NEW IBERIA ET AL**  **MAGISTRATE JUDGE PATRICK J. HANNA**

## REPORT AND RECOMMENDATIONS

Now before this Court is the "Motion to Dismiss" filed on behalf of defendants City of New Iberia, Mayor Freddie DeCourt and Chief of Police Todd D'Albor. (Rec. Doc. 29). The motion is unopposed.

Defendants' motion seeks dismissal of all claims against it in this suit based on Plaintiff's failure to participate in discovery in this case. Our review of the record in this matter shows that Defendants propounded interrogatories upon Plaintiff in September of 2020 that went unanswered. After obtaining an extension of time in which to answer these interrogatories, Plaintiff failed yet again to answer Defendants' interrogatories. Plaintiff's attorney then advised at a November 2020 Rule 37.1 conference that he was unable to locate his client. Based on the foregoing, Defendants filed a motion to compel and for attorney's fees in December of 2020. (Rec. Doc. 22).

Following the parties' joint request for entry of a consent judgment on Defendants' motion, this Court entered an Order instructing, *inter alia*,

1

>should the plaintiff fail to produce outstanding discovery which forms the basis of the motion to compel within 30 days of the court's execution of the accompanying order…the plaintiff's case will be dismissed in its entirety and with prejudice. (Rec. Doc. 27).

This Court issued the foregoing Order on January 4, 2021. (Rec. Doc. 27). Defendants' motion asserts that Plaintiff failed to comply with the delay prescribed in this Court's Order. Defendants' motion was filed on February 4, 2021, an additional thirty (30) days following the expiration of this Court's imposed deadline. (Rec. Doc. 29). The motion was noticed for briefing. (Rec. Doc. 30). Plaintiff filed no brief in opposition to the motion.

Accordingly, it is the recommendation of this Court that Defendants' motion be granted in full according to the prior Order and, thereby that Plaintiff's suit be dismissed in its entirety with prejudice at Plaintiff's cost.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within

fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*), *superseded by statute on other grounds*, 28 U.S.C. §636(b)(1).

      THUS DONE in Chambers, Lafayette, Louisiana on this 26th day of March, 2021.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE