UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHANTE JOHNSON** | **CASE NO. 6:20-CV-00834** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CITY OF NEW IBERIA ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' motion to dismiss (Rec. Doc. 29) is GRANTED in full and, accordingly, Plaintiff's suit is DISMISSED in its entirety, with prejudice at Plaintiff's cost.

Signed at Lafayette, Louisiana, this 16th day of April, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE